IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGAN, and TIFFANY BROWN, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLAIR'S BAIIL BONDS, INC., NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS INC., A2i, L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC.<br><br>    Defendants, | CASE NO. 2:17-CV-5899-JTM-DEK<br><br>SECTION<br><br>JUDGE MILAZZO<br><br>MAGISTRATE KNOWLES |

### BLAIR'S BAIL BONDS, INC. AND NEW ORLEANS BAIL BONDS, LLC'S MOTION TO DISMIS UNDER RULE 12(B)(6)

Defendants, Blair's Bail Bonds, Inc. and New Orleans Bail Bonds, LLC move this Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiffs' claims under the Federal Racketeer Influenced and Corrupt Organizations Act, the Louisiana Racketeering Act and the Federal Truth-in-Lending Act for failure to state a claim, for the reasons set forth in defendant's attached memorandum in support.

WHEREFORE, defendants, Blair's Bail Bonds, Inc. and New Orleans Bail Bonds, LLC pray that their motion be granted.

Respectfully submitted,

CHAFFE McCALL, L.L.P.


By: */s/ Walter F. Becker, Jr.*
 WALTER F. BECKER, JR. #01685
 CHARLES P. BLANCHARD #18798
 NICOLE C. KATZ #35857
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone: 504-585-7000
*Attorneys for Blair's Bail Bonds, Inc.*
*and New Orleans Bail Bonds, LLC*


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system this 22nd day of August, 2017.

*/s/ Walter F. Becker, Jr.*