UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD EGANA, SAMANTHA EGANA, and TIFFANY BROWN, on behalf of themselves and those similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:17-cv-5899 |
| | ) | |
| BLAIR'S BAIL BONDS, INC., NEW ORLEANS BAIL BONDS, L.L.C., | ) ) | HON. JANE TRICHE MILAZZO |
| BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, | ) ) | SECTION "I" |
| INC., BANKERS UNDERWRITERS, INC., A2i, L.L.C., ALTERNATIVE TO | ) ) | HON. DANIEL E. KNOWLES (M-3) |
| INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**BANKERS INSURANCE COMPANY, INC.,
BANKERS SURETY SERVICES, INC., AND BANKERS
UNDERWRITERS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants, Bankers Insurance Company, Inc. ("**Bankers Insurance**"), Bankers Surety Services, Inc. ("**Bankers Surety**"), and Bankers Underwriters, Inc. ("**Bankers Underwriters**") (together, the "**Bankers Entities**"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss as to the Bankers Entities each Count of the Complaint [ECF No.: 1], filed by Ronald Egana, Samantha Egana, and Tiffany Brown ("**Plaintiffs**"). In support, the Bankers Entities rely on and incorporate their contemporaneously

filed Memorandum of Law in Support of their Motion to Dismiss.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

/s/ Stephen D. Marx
STEPHEN D. MARX (#17041)
PRESTON L. HAYES (#29898)
One Galleria Boulevard,     Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

*and*

SMOLKER BARTLETT LOEB HINDS & SHEPPARD, P.A.

/s/ Ethan Loeb
ETHAN J. LOEB (pro hac vice)
Florida Bar No.: 0668338
E. COLIN THOMPSON (pro hac vice)
Florida Bar No.: 0684929
ALLISON DOUCETTE (pro hac vice)
Florida Bar No.: 0085577
100 North Tampa Street, Suite 2050
Tampa, FL 33602
(813) 223-3888; Fax: (813) 228-6422
***Attorneys for the Bankers Entities***

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a copy of the foregoing document was served on all counsel of record through this Court's CM/ECF system on this 23rd day of August, 2017.


                            /s/ Stephen D. Marx
                            **ATTORNEY**

:

3