IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGAN, and TIFFANY BROWN, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLAIR'S BAIIL BONDS, INC., NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS INC., A2i, L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC.<br><br>    Defendants, | CASE NO. 2:17-CV-5899-JTM-DEK<br><br>SECTION<br><br>JUDGE MILAZZO<br><br>MAGISTRATE KNOWLES |

## BLAIR'S BAIL BONDS, INC. AND
## NEW ORLEANS BAIL BONDS, LLC'S
## MOTION TO DISMIS UNDER RULE 12(B)(6)

    Defendants, Blair's Bail Bonds, Inc. and New Orleans Bail Bonds, LLC move this Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiffs' claims under the Federal Racketeer Influenced and Corrupt Organizations Act, the Louisiana Racketeering Act and the Federal Truth-in-Lending Act for failure to state a claim. Defendants previously moved to dismiss these claims in a prior Motion to Dismiss (Doc. 20) and Memorandum in Support (Doc. 20-1). Rather then respond to that Motion, plaintiffs filed an Amended Complaint (Doc. 26), which presumably they believe addresses the reasons why their RICO and TILA claims should not be dismissed. Plaintiffs are wrong, and for the reasons set forth in the attached Memorandum in Support, this Court should dismiss those claims with prejudice.

1

3010552-1

WHEREFORE, defendants, Blair's Bail Bonds, Inc. and New Orleans Bail Bonds, LLC pray that their motion be granted.

        Respectfully submitted,

        CHAFFE McCALL, L.L.P.

        By: */s/ Walter F. Becker, Jr.*
            WALTER F. BECKER, JR. #01685
            CHARLES P. BLANCHARD #18798
            NICOLE C. KATZ #35857
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA  70163-2300
        Telephone: 504-585-7000
        *Attorneys for Blair's Bail Bonds, Inc.*
        *and New Orleans Bail Bonds, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system this 3rd day of October, 2017.

        */s/ Walter F. Becker, Jr.*