UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD EGANA, SAMANTHA EGANA, and TIFFANY BROWN, on behalf of themselves and those similarly situated | * * * * * | CASE No. 17-cv-5899 |
| VERSUS | * * * | JUDGE MILAZZO MAG. KNOWLES |
| BLAIR'S BAIL BONDS, INC. NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS, INC., A2i L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC. | * * * * * * * * | |

*****************************************

## A2i DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

**NOW COME** defendants, A2i L.L.C., Alternative to Incarceration, Inc., and Alternative to Incarceration NOLA, Inc. (collectively, "A2i" or the "A2i defendants"), and file this Motion to Dismiss the plaintiffs' claims against them contained in the First Amended Complaint. As shown in the Memorandum in support of this Motion, all claims against A2i should be dismissed because the plaintiffs have failed to plead facts showing A2i was anything more than an innocent third-party vendor to another defendant.

**WHEREFORE**, for these reasons and those stated in the Memorandum in Support of this Motion, the A2i defendants respectfully request that the claims against them contained in the plaintiffs' First Amended Complaint be dismissed with prejudice.

Respectfully submitted,

/s/ Gary Bizal
**GARY W. BIZAL** (#1255)
639 Loyola Ave., #1820
New Orleans, LA 70113
P: 504.525-1328
F: 504.525-1353

/s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Law Offices of Stephen J. Haedicke, LLC
639 Loyola Ave. #1820
New Orleans, LA  70113
(504)525-1328 Telephone
(504)910-2659 Fax
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2017 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Stephen Haedicke