**EXHIBIT 2**

| | |
|---|---|
| **From:** | Ivy Wang |
| **To:** | AllisonD@smolkerbartlett.com; "plh@chehardy.com"; Michael J. Labbee; Ethan J. Loeb; "Stephen Marx"; E. Colin Thompson; Gary W Bizal; "Stephen Haedicke"; "Becker, Walter"; "Blanchard, Charles"; katz@chaffe.com |
| **Cc:** | Sara Zampierin; Caren Short; Perio, Ryanne; Feldsherov, Ilya; Roth, William; Holt, Kevin J.; Charles Delbaum; Brian Highsmith |
| **Subject:** | RE: Deposition dates and notice of document subpoenas |
| **Date:** | Wednesday, April 11, 2018 4:10:13 PM |

Apologies, I wrote the wrong dates in the previous email. We propose Frank Montalbano's deposition for May 24. Alroy Allen's would be May 22, and William Bryant would be May 23.

From: Ivy Wang
Sent: Wednesday, April 11, 2018 3:46 PM
To: 'AllisonD@smolkerbartlett.com' <AllisonD@smolkerbartlett.com>; 'plh@chehardy.com' <plh@chehardy.com>; 'Michael J. Labbee' <MichaelL@smolkerbartlett.com>; 'Ethan J. Loeb' <EthanL@smolkerbartlett.com>; 'Stephen Marx' <SDM@chehardy.com>; 'E. Colin Thompson' <ColinT@smolkerbartlett.com>; 'Gary W Bizal' <piblaw@bellsouth.net>; 'Stephen Haedicke' <stephen@haedickelaw.com>; 'Becker, Walter' <Becker@chaffe.com>; 'Blanchard, Charles' <Blanchard@chaffe.com>; 'katz@chaffe.com' <katz@chaffe.com>
Cc: Sara Zampierin <sara.zampierin@splcenter.org>; Caren Short <caren.short@splcenter.org>; 'Perio, Ryanne' <Ryanne.Perio@wilmerhale.com>; 'Feldsherov, Ilya' <Ilya.Feldsherov@wilmerhale.com>; 'Roth, William' <William.Roth@wilmerhale.com>; 'Holt, Kevin J.' <Kevin.Holt@wilmerhale.com>; 'Charles Delbaum' <cdelbaum@nclc.org>; 'Brian Highsmith' <bhighsmith@nclc.org>
Subject: Deposition dates and notice of document subpoenas

Counsel:

We intend to take several depositions in May. We propose noticing Frank Montalbano's deposition for May 17, at 9 A.M. Gary and Stephen: Can you check with Frank on his availability for this day?

We will also be serving subpoenas on Alroy Allen and William Bryant tomorrow. Subject to their availability, these will be for May 15 and 16, respectively. The document subpoenas for both are attached.

Thank you,

Ivy Wang

Staff Attorney – Economic Justice Project

Southern Poverty Law Center

504.228.7279

ivy.wang@splcenter.org <mailto:ivy.wang@splcenter.org>

*Admitted in Louisiana