**EXHIBIT 9**

| | |
|---|---|
| **From:** | Gary Bizal |
| **To:** | Ivy Wang; "E. Colin Thompson"; "Blanchard, Charles"; "Ethan J. Loeb"; "Allison C. Doucette"; "Becker, Walter"; "Stephen Marx"; "Stephen Haedicke" |
| **Cc:** | "Brian Highsmith"; Caren Short; "Charles Delbaum"; "Feldsherov, Ilya"; Martha.Ferson@wilmerhale.com; Ryanne Perio; Samuel Brooke; Sara Zampierin; "William Roth" |
| **Subject:** | RE: Egana v. Blair"s Bail Bonds, et al. |
| **Date:** | Thursday, November 15, 2018 9:13:19 AM |

Ivy:

A2i is available January 14 or 22 and February 18-22.

# GARY W. BIZAL
Gary W. Bizal, L.L.C.
4907 Magazine St         (Please note my new office address)
New Orleans, LA 70115
Email: gary@garybizal.com
**Phone** (504)525-1328 * **Fax** (504)525-1353 * **Cell** (504)452-1826



Gary Bizal
ATTORNEY AT LAW

CONFIDENTIALITY NOTICE: The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Ivy Wang <Ivy.Wang@splcenter.org>
**Sent:** Wednesday, November 14, 2018 9:17 AM
**To:** E. Colin Thompson <ColinT@smolkerbartlett.com>; Blanchard, Charles <Blanchard@chaffe.com>; Ethan J. Loeb <EthanL@smolkerbartlett.com>; Allison C. Doucette <AllisonD@smolkerbartlett.com>; Becker, Walter <Becker@chaffe.com>; Stephen Marx <SDM@chehardy.com>; Gary Bizal <gary@garybizal.com>; 'Stephen Haedicke' <stephen@haedickelaw.com>
**Cc:** Brian Highsmith <bhighsmith@nclc.org>; Caren Short <Caren.Short@splcenter.org>; Charles Delbaum (cdelbaum@nclc.org) <cdelbaum@nclc.org>; Feldsherov, Ilya <Ilya.Feldsherov@wilmerhale.com>; Martha.Ferson@wilmerhale.com; Ryanne Perio <ryanne.perio@splcenter.org>; Samuel Brooke <Samuel.Brooke@splcenter.org>; Sara Zampierin <Sara.Zampierin@splcenter.org>; William Roth <William.Roth@wilmerhale.com>
**Subject:** Egana v. Blair's Bail Bonds, et al.

Counsel:

We are looking to notice depositions for Marcel Compass and A2i's 30(b)(6) representative on

consecutive dates between December 17-21.  Can you please inquire with your clients about their December availability? If December 17-21 does not work, please let us know what other December dates would.

A2i counsel—we will be sending you a list of topics for the 30(b)(6) deposition later this week.


Thank you,


Ivy Wang
Senior Staff Attorney – Economic Justice Project
Southern Poverty Law Center
504.228.7279
ivy.wang@splcenter.org
*Admitted in Louisiana