UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGANA, and TIFFANY BROWN, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLAIR'S BAIL BONDS, INC., NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS, INC., A2i, L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:17-cv-5899<br><br>HON. JANE TRICHE MILAZZO<br><br>SECTION "H"<br><br>HON. DANIEL E. KNOWLES (3) |

**BANKERS INSURANCE COMPANY, INC., AND
BANKERS SURETY SERVICES, INC.'S MOTION FOR SANCTIONS
PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT AUTHORITY**

Defendants, Bankers Insurance Company, Inc. ("Bankers Insurance") and Bankers Surety Services, Inc. ("Bankers Surety") (together, the "Bankers Entities"), through their undersigned counsel move the Court to Sanction Plaintiffs and their Counsel pursuant to 28 U.S.C. § 1927 and this Court's inherent authority. In support, the Bankers Entities rely on and incorporate their

1

contemporaneously filed Memorandum of Law.

Respectfully Submitted,

CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, L.L.P.

/s/ Stephen D. Marx
STEPHEN D. MARX (#17041)
PRESTON L. HAYES (#29898)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

*and*

SMOLKER BARTLETT LOEB HINDS & SHEPPARD, P.A.

/s/ Ethan Loeb
ETHAN J. LOEB (pro hac vice)
Florida Bar No.: 0668338
E. COLIN THOMPSON (pro hac vice)
Florida Bar No.: 0684929
ALLISON DOUCETTE (pro hac vice)
Florida Bar No.: 0085577
100 North Tampa Street, Suite 2050
Tampa, FL 33602
(813) 223-3888; Fax: (813) 228-6422
***Attorneys for the Bankers Entities***

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing document was served on all counsel of record through this Court's CM/ECF system on this 5th day of December, 2018.

              /s/ Ethan J. Loeb
              **ATTORNEY**

: