IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGANA, and TIFFANY BROWN, on behalf of themselves and those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BLAIR'S BAIL BONDS, INC., et al.,<br><br>  Defendants. | Case No. 2:17-cv-5899<br><br>HON. JANE TRICHE MILAZZO<br>SECTION "H"<br>HON. DANA M. DOUGLAS (3)<br><br>CLASS ACTION |

**PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANTS BLAIR'S AND A2I'S MOTIONS TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

Plaintiffs sought and were granted leave to file a Third Amended Complaint, which differed from their Second Amended Complaint only in its dismissal of certain claims and removal of certain allegations against Defendants Bankers Insurance Company, Inc. and Bankers Surety Services, Inc. *See* Doc. No. 186 at 7. Thus, as noted in Plaintiffs' Motion for Leave to File Third Amended Complaint, the Third Amended Complaint should not impact the previously filed Motions to Dismiss filed by Defendants Blair's and A2i, which are currently under the Court's consideration. *See* Doc. No. 168-1. Defendants Blair's and A2i resubmitted Motions to Dismiss that do not differ in substance from the motions that they previously filed. *See* Doc. No. 195-1; Doc. No. 191-1. Plaintiffs therefore incorporate their previously submitted Opposition to Defendants Blair's and A2i's Motion to Dismiss Plaintiffs' Second Amended Complaint, *see* Doc. No. 142, in response to Blair's and A2i's newly submitted Motions to Dismiss.

Accordingly, for the reasons set forth in Plaintiffs' Opposition to Defendants Blair's and A2i's Motion to Dismiss Plaintiffs' Second Amended Complaint, this Court should deny Blair's and A2i's Motions to Dismiss Plaintiffs' Third Amended Complaint.

Dated: January 8, 2019	Respectfully submitted,

/s/ Ivy Wang
Ivy Wang, LA Bar No. 35368
SOUTHERN POVERTY LAW CENTER
201 St. Charles Avenue, Suite 2000
New Orleans, LA 70170
P: (504) 228-7279
F: (504) 486-8947
E: ivy.wang@splcenter.org

Caren E. Short*
Sara Zampierin*
Samuel Brooke*
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
P: (334) 956-8200
F: (334) 956-8481
E: caren.short@splcenter.org
E: sara.zampierin@splcenter.org
E: samuel.brooke@splcenter.org

Charles M. Delbaum*
NATIONAL CONSUMER LAW CENTER
7 Winthrop Square, Fourth Floor
Boston, MA 02110-1245
P: (617) 542-8010
F: (617) 542-8028
E: cdelbaum@nclc.org

Noah A. Levine*
Ryanne E. Perio*
Ilya Feldsherov*
William Roth*
WILMER CUTLER PICKERING HALE AND
   DORR LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
P: (212) 230-8800
F: (212) 230-8888
E: noah.levine@wilmerhale.com
E: ryanne.perio@wilmerhale.com
E: ilya.feldsherov@wilmerhale.com
E: william.roth@wilmerhale.com

*admitted pro hac vice*

**Attorneys for Plaintiffs**