# **EXHIBIT 23**

| | |
|---|---|
| **From:** | Ivy Wang |
| **To:** | E. Colin Thompson; Blanchard, Charles; Ethan J. Loeb; Allison C. Doucette; Becker, Walter; Stephen Marx; Gary Bizal; "Stephen Haedicke" |
| **Cc:** | Brian Highsmith; Caren Short; Charles Delbaum (cdelbaum@nclc.org); Feldsherov, Ilya; Martha.Ferson@wilmerhale.com; Ryanne Perio; Samuel Brooke; Sara Zampierin; William Roth |
| **Subject:** | Egana v. Blair"s Bail Bonds, et al. |
| **Date:** | Wednesday, November 14, 2018 9:17:06 AM |

Counsel:

We are looking to notice depositions for Marcel Compass and A2i's 30(b)(6) representative on consecutive dates between December 17-21.  Can you please inquire with your clients about their December availability? If December 17-21 does not work, please let us know what other December dates would.

A2i counsel—we will be sending you a list of topics for the 30(b)(6) deposition later this week.


Thank you,


Ivy Wang
Senior Staff Attorney – Economic Justice Project
Southern Poverty Law Center
504.228.7279
ivy.wang@splcenter.org
*Admitted in Louisiana