UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGANA, and TIFFANY BROWN, on behalf of themselves and those similarly situated<br><br>VERSUS<br><br>BLAIR'S BAIL BONDS, INC. NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS, INC., A2i L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC. | *<br>*   CASE No. 17-cv-5899<br>*<br>*<br>*   JUDGE MILAZZO<br>*   MAG. KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

******************************************

### A2i DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND REMAINING DEADLINES IN SCHEDULING ORDER, REC. DOC. 214

**NOW COME** defendants, A2i L.L.C., Alternative to Incarceration, Inc., and Alternative to Incarceration NOLA, Inc. (collectively, "A2i" or the "A2i defendants"), and file this Opposition to the Plaintiffs' Motion to Extend Remaining Deadlines in the Scheduling Order, Rec. Doc. 214. The A2i defendants adopt the arguments of the Blair's defendants and the Bankers defendants in opposition to the plaintiffs' Motion, as set forth in Rec. Docs. 218 and 219, respectively, and incorporate those arguments as if set forth fully herein. As shown in the other defendants' Oppositions, the plaintiffs have not set forth good cause for amending the Court's scheduling order.

The plaintiffs make two particular claims against the A2i defendants regarding discovery, which A2i will address. First, they assert that A2i did not produce additional records until the morning of the A2i Rule 30(b)(6) deposition. The A2i defendants acknowledge this is accurate, but note that they have already agreed to the plaintiffs' request to hold the deposition open if they wished to question the A2i representative regarding the additional documents. The A2i

1

deposition occurred over a month ago, on January 22, 2019, and the plaintiffs have yet to request to re-set the deposition.  The plaintiffs have also not identified to this Court or to A2i any documents from the additional production that are particularly consequential.  Discovery in this matter does not close until May 20, 2019, and so there is ample time to re-set the deposition if the plaintiffs wish to ask questions regarding these documents.  Finally, it must be noted that plaintiffs' counsel deposed the A2i representative for approximately five hours during the first deposition.  Clearly, the plaintiffs had sufficient information from prior discovery to make the deposition a meaningful opportunity to obtain facts related to this case.

      The plaintiffs' second claim against A2i is equally unpersuasive.  They assert that A2i's corporate representative, Jill Dennis, was unable to provide information regarding the company from prior to June 2017.  As the plaintiffs are well-aware, this was because an individual named Frank Montalbano had run the company until Ms. Dennis took over as director in June 2017.  What the plaintiffs fail to disclose is that they have already conducted a lengthy deposition of Mr. Montalbano on **July 11, 2018**, nearly nine months ago.  Any possible questions regarding A2i's practices prior to June 2017 could have, and in all likelihood were, asked and answered by Mr. Montalbano during that deposition.  Furthermore, because A2i has no control over Mr. Montalbano at this time, the plaintiffs are seeking information that is unknown to the corporate representative and not reasonably available to the organization.

      For these reasons and those set forth in the Blair's and Bankers' defendants Oppositions to the plaintiffs' Motion for an Extension of Deadlines, the Motion should be denied.

                              Respectfully submitted,

                              /s/ Gary W. Bizal
                              **GARY W. BIZAL** (#1255)
                              4907 Magazine St.
                              New Orleans, LA 70115
                              P: 504.525-1328
                              F: 504.525-1353

/s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Gary Bizal