UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONALD EGANA, SAMANTHA | * | |
| EGANA, and TIFFANY BROWN, | * | CASE No. 17-cv-5899 |
| on behalf of themselves and those | * | |
| similarly situated | * | |
| | * | JUDGE MILAZZO |
| VERSUS | * | MAG. KNOWLES |
| | * | |
| BLAIR'S BAIL BONDS, INC. NEW | * | |
| ORLEANS BAIL BONDS, L.L.C., | * | |
| BANKERS INSURANCE COMPANY, INC., | * | |
| BANKERS SURETY SERVICES, INC., | * | |
| BANKERS UNDERWRITERS, INC., | * | |
| A2i L.L.C., ALTERNATIVE TO | * | |
| INCARCERATION, INC., and ALTERNATIVE | * | |
| TO INCARCERATION NOLA, INC. | * | |

**************************************

## A2i DEFENDANTS' ANSWER AND AFFIRMATIVE
## DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT

**NOW COME** defendants, A2i L.L.C., Alternative to Incarceration, Inc., and Alternative to Incarceration NOLA, Inc. (collectively, "A2i" or the "A2i defendants"), and file this Answer and Affirmative Defenses to the Plaintiffs' Third Amended Complaint.

## ANSWER TO THIRD AMENDED COMPLAINT

1. No answer is required to the allegations in Paragraph 1. To the extent an answer is required, A2i denies the allegations.

2. A2i denies the allegations in Paragraph 2. Further answering, A2i states it has insufficient information to form a belief as to the truth of some of the allegations contained in Paragraph 2, and for that reason denies them.

1

3.  No answer is required to the allegations in Paragraph 3.  To the extent an answer is required, A2i denies the allegations.

## II.     Jurisdiction and Venue

4.  A2i admits the allegations of Paragraph 4 for jurisdictional purposes only. Otherwise denied.

5.  A2i denies the allegations in Paragraph 5.

6.  A2i admits the allegations of Paragraph 6 for venue purposes only.  Otherwise denied.

## III.     Parties

7.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 7.

8.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 8.

9.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 9.

10. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 10.

11. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 11.

12. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 12.

13. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 13.

14. A2i admits the allegations in Paragraph 14.

15. A2i admits the allegations in Paragraph 15.

16. A2i admits the allegations in Paragraph 16.

17. No response is necessary to the allegations contained in Paragraph 17.  To the extent a response is required, A2i denies the allegations.

18. No response is necessary to the allegations contained in Paragraph 17.  To the extent a response is required, A2i denies the allegations.

19. No response is necessary to the allegations contained in Paragraph 17.  To the extent a response is required, A2i denies the allegations.

## IV. Statement of Facts

20. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 20, and for that reason denies them.  Further answering, A2i states that Paragraph 20 contains legal conclusions to which no answer is required.

21. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 21, and for that reason denies them. Further answering, A2i states that Paragraph 21 contains legal conclusions to which no answer is required.

22. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 22, and for that reason denies them.  Further answering, A2i states that Paragraph 22 contains legal conclusions to which no answer is required.  The referenced statutes speak for themselves.

23. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 23, and for that reason denies them.  Further answering, A2i states that Paragraph 23 contains legal conclusions to which no answer is required.  The referenced statutes speak for themselves.

24. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 24, and for that reason denies them.  Further answering, A2i states that Paragraph 24 contains legal conclusions to which no answer is required.  The referenced statutes speak for themselves.

25. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 25, and for that reason denies them.

26. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 26, and for that reason denies them.

27. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 27, and for that reason denies them.

28. A2i admits that Blair's is a bail bonding company in the New Orleans area.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 27 regarding the scope of Blair's business, and for that reason denies them.

29. A2i admits that Blair's has an office in Orleans Parish.

30. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 30, and for that reason denies them.

31. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 31, and for that reason denies them.

32. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 32, and for that reason denies them.

33. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 33, and for that reason denies them.

34. A2i states it has insufficient information to form a belief as to the truth of the allegations

contained in Paragraph 34, and for that reason denies them.

35. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 35, and for that reason denies them.

36. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 36, and for that reason denies them.

37. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 37, and for that reason denies them.

38. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 38, and for that reason denies them.

39. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 31, and for that reason denies them.

40. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 40, and for that reason denies them.

41. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 41, and for that reason denies them.

42. A2i denies as written the allegations in this Paragraph and further denies the allegations for lack of sufficient information to form a belief as to their truth.

43.  Denied as written.

44.  Denied as written.

45.  Denied as written.

46.  Denied as written.

47.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 47, and for that reason denies them.

48. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 48 regarding Blair's interactions with its clients. A2i states that it has on occasion received money on behalf of individuals wearing ankle monitors as payment for the ankle monitors only. A2i denies and denies as written all other allegations in Paragraph 48.

49. A2i denies, denies as written, and denies for lack of sufficient information to form a belief as to the truth of the allegations in Paragraph 49.

50. A2i denies as written the allegations in Paragraph 50.

51. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 51. Further answering, A2i states that the referenced contract, to the extent it exists and is authentic, would be the best evidence of its contents.

52. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 52, and for that reason denies them.

53. A2i denies the allegations in Paragraph 53 directed to it. Further answering, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 53 regarding Blair's actions, and for that reason denies them.

54. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 54, and for that reason denies them.

55. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 55.

56. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 56, and for that reason denies them.

57. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 57, and for that reason denies them.

58. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 58, and for that reason denies them.

59. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 59, and for that reason denies them.  Further answering, A2i denies that Blair's "facilitated the transaction" for the benefit of A2i.

60. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 60, and for that reason denies them.

61. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 61, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

62. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 62, and for that reason denies them.

63. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 63, and for that reason denies them.

64. A2i states it has insufficient information to form a belief as to the truth of some of the allegations in Paragraph 64, and for that reason denies them.  A2i admits that an A2i ankle monitor was placed on Ronald Egana.

65. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 65, and for that reason denies them.  To the extent the allegations

are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

66. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 66, and for that reason denies them.

67. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 67, and for that reason denies them.

68. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 68, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

69. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 69, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

70. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 70, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

71. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 71, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

72. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 72, and for that reason denies them.

73. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 73, and for that reason denies them.  To the extent the allegations are based on documents, A2i states that the documents, if they exist and are authentic, would be the best evidence of their contents.

74. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 74, and for that reason denies them.

75. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 75, and for that reason denies them.  Further answering, A2i denies as legal conclusions the allegations regarding how ankle monitor fees should be interpreted under state law.

76. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 76, and for that reason denies them.

77. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 77, and for that reason denies them.

78. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 78, and for that reason denies them.

79. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 79, and for that reason denies them.

80. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 80, and for that reason denies them.

81. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 81, and for that reason denies them.

82. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 82, and for that reason denies them.

83. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 83, and for that reason denies them.

84. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 84, and for that reason denies them.  However, A2i admits that the ankle monitor worn by Ronald Egana was removed at some point in time.

85. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 85, and for that reason denies them.

86. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 86, and for that reason denies them.

87. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 87, and for that reason denies them.

88. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 88, and for that reason denies them.

89. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 89, and for that reason denies them.

90. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 90, and for that reason denies them.

91. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 91, and for that reason denies them.  However, A2i admits that an ankle monitor was installed on Ronald Egana at some point in time.

92. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 92, and for that reason denies them

93. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 93, and for that reason denies them.

94. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 94, and for that reason denies them.

95. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 95, and for that reason denies them.  However, A2i admits that there are charges for the use of its ankle monitors.

96. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 96, and for that reason denies them.

97. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 97, and for that reason denies them.

98. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 98, and for that reason denies them.

99. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 99, and for that reason denies them.

100. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 100, and for that reason denies them.

101. A2i states it has insufficient information to form a belief as to the truth of the

allegations contained in Paragraph 101, and for that reason denies them.

102. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 102, and for that reason denies them.

103. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 103, and for that reason denies them.

104. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 104, and for that reason denies them.

105. A2i denies the allegations contained in Paragraph 105.

106. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 106, and for that reason denies them.

107. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 107, and for that reason denies them.

108. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 108, and for that reason denies them.

109. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 109, and for that reason denies them.  However, A2i admits that Chad Lightfoot wore an A2i ankle monitor for a period of time.

110. A2i denies and denies as written the allegations in Paragraph 110.

111. A2i denies and denies as written the allegations in Paragraph 111.

112. A2i denies and denies as written the allegations in Paragraph 112.  Further, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 112, and for that reason denies them.

113. A2i states it has insufficient information to form a belief as to the truth of the

allegations contained in Paragraph 113, and for that reason denies them.

114. A2i denies and denies as written the allegations in Paragraph 114. Further, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 114, and for that reason denies them.

115. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 115, and for that reason denies them. However, A2i admits that Joseph Winzy wore an A2i ankle monitor for a period of time.

116. A2i denies that it or any agents working on its behalf arrest or threaten principals regarding ankle monitor fees. Further answering, A2i states it has insufficient information to form a belief as to the truth of any allegations contained in Paragraph 116 that are not directed to it, and for that reason denies such allegations.

**V.  Class Allegations**

117. The A2i defendants generally deny each and every allegation contained in Paragraphs 117 to 126 and specifically deny that it is appropriate to certify any of the classes or subclasses Plaintiffs request the Court to certify, deny that Plaintiffs, or any of them, is an appropriate representative of such proposed classes, and deny that any of Plaintiffs' alleged causes of action is appropriate to pursue, or capable of being pursued, on a class basis.

118. Please see response to Paragraph 117.

119. Please see response to Paragraph 117.

120. Please see response to Paragraph 117.

121. Please see response to Paragraph 117.

122. Please see response to Paragraph 117.

123. Please see response to Paragraph 117.

124. Please see response to Paragraph 117.

125. Please see response to Paragraph 117.

126. Please see response to Paragraph 117.

127. The A2i defendants deny that there can be any "class period" because there can be no "class" and otherwise deny each and every allegation of Paragraph 127.

128. The A2i defendants deny the allegations in Paragraph 128.

129. The A2i defendants deny the allegations in Paragraph 129 and each of the subparagraphs ("a" to "ss") contained therein.

130. The A2i defendants deny the allegations in Paragraph 130.

131. The A2i defendants deny the allegations in Paragraph 131.

132. The A2i defendants deny the allegations in Paragraph 132.

133. The A2i defendants deny the allegations in Paragraph 133.

134. The A2i defendants deny the allegations in Paragraph 134.

## VI. General RICO Allegations

135. The A2i defendants deny the allegations in Paragraph 135.

136. The A2i defendants deny the allegations in Paragraph 136.

137. The A2i defendants deny the allegations in Paragraph 137.

138. The A2i defendants deny the allegations in Paragraph 138.

139. The A2i defendants deny the allegations in Paragraph 139.

140. A2i admits that Blair's writes bail bonds for clients in the New Orleans area. Otherwise, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 140, and for that reason denies them.

141.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 141, and for that reason denies them.  Further answering, A2i denies that it "conspires" with Blair's to unlawfully collect debt or to engage in racketeering.

142.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 142, and for that reason denies them.

143.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 143, and for that reason denies them.

144.  A2i admits that it provides ankle monitors to bail bond companies and case managers, who install them on defendants in criminal cases.  A2i admits that ankle monitors are used to monitor defendants' locations.  A2i determines its fees.  A2i denies that it determines the ankle monitor fees Blair's charges Blair's clients who are wearing ankle monitors.  A2i denies that it "employs and/or contracts with bounty hunters who threaten, seize and detain principals to coerce payment of ankle monitoring fees in violation of state and federal law."

145.  A2i denies the allegations contained in Paragraph 145.

146.  A2i denies the allegations contained in Paragraph 146.

## VII.  Claims for Relief

### First Claim for Relief

147. The allegations contained in Paragraphs 147 to 151, including all subparts, do not attempt to assert claims against the A2i defendants; therefore, no response by A2i is required.  To the extent a response is required, A2i denies all allegations contained in Paragraphs 147 to 151, including all subparts.

148. See response to Paragraph 147.

149. See response to Paragraph 147.

150. See response to Paragraph 147.

151. See response to Paragraph 147.

### Second Claim for Relief

152. A2i reincorporates by reference its responses to Paragraphs 1 through 116, 124 to 125, 127 through 134, and 135 through 146 as if fully set forth herein.

153. No response is required to Paragraph 153.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 153.

154. No response is required to Paragraph 154.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 154.

155. A2i denies the allegations contained in Paragraph 155.

156. A2i denies the allegations contained in Paragraph 156.

157. A2i denies the allegations contained in Paragraph 157.

158. A2i denies the allegations contained in Paragraph 158, and states that it lacks information regarding Blair's business practices.

159. A2i admits that it has sometimes charged an ankle monitoring fee of $10 per day to Blair's and other clients.

160. Paragraph 160 contains a conclusion to which no response is required.  To the extent a response is required, A2i denies the allegations contained in Paragraph 160.

161. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 161, and for that reason denies them.

162. A2i denies the allegations contained in Paragraph 162.

163. A2i denies the allegations contained in Paragraph 163.

**Third Claim for Relief**

164. A2i reincorporates by reference its responses to Paragraphs 1 through 116, 121, 127 through 134, and 135 through 146 as if fully set forth herein.

165. No response is required to Paragraph 165.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 165.

166. A2i denies the allegations contained in Paragraph 166.

167. A2i denies the allegations contained in Paragraph 167.

168. A2i denies the allegations contained in Paragraph 168.

169. A2i denies the allegations contained in Paragraph 169.

170. A2i denies the allegations contained in Paragraph 170.

171. A2i reincorporates by reference its responses to Paragraphs 169-170.

172. A2i denies the allegations contained in Paragraph 172.

173. A2i denies the allegations contained in Paragraph 173.

174. A2i reincorporates by reference its responses to Paragraphs 169-170.

175. A2i denies the allegations contained in Paragraph 175.

176.  A2i denies the allegations contained in Paragraph 176.

177.  A2i reincorporates by reference its responses to Paragraphs 169-170.

178.  A2i denies the allegations contained in Paragraph 178.

179.  A2i denies the allegations contained in Paragraph 179.

**Fourth Claim for Relief**

180.  A2i reincorporates by reference its responses to Paragraphs 1 through 116, 121, 127 through 134, and 135 through 146 as if fully set forth herein.

181.  No response is required to Paragraph 181.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 181.

182.   A2i denies the allegations contained in Paragraph 182.

183.  A2i reincorporates by reference its responses to Paragraphs 169-170.

184.  A2i reincorporates by reference its responses to Paragraphs 167-168.

185.  A2i denies the allegations contained in Paragraph 185.

**Fifth Claim for Relief**

186.  A2i reincorporates by reference its responses to Paragraphs 1 through 116, 122 through 123, and 127 through 134 as if fully set forth herein.

187.  No response is required to Paragraph 187.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 187.

188.  No response is required to Paragraph 188.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 188.

189.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 189, and for that reason denies them.

190.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 190, and for that reason denies them.

191.  A2i denies the allegations contained in Paragraph 191.

192.  A2i denies the allegations contained in Paragraph 192.

193.  A2i denies the allegations contained in Paragraph 193.

194.  A2i denies the allegations contained in Paragraph 194.

## Sixth Claim for Relief

195.  A2i reincorporates by reference its responses to Paragraphs 1 through 116, 118, and 126 through 134 as if fully set forth herein.

196.  No response is required to Paragraph 196.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 196.

197.  Paragraph 197 contains legal conclusions regarding Louisiana state statutes to which no response is required.  A2i states that the statutes are the best evidence of their content. To the extent a response is required, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 197, and for that reason denies them.

198.  A2i denies the allegations contained in Paragraph 198.

199.  A2i denies the allegations contained in Paragraph 199.

200.  A2i denies and denies as written the allegations in this Paragraph 200.

201.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 201, and for that reason denies them.

202.  A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 202, and for that reason denies them.

**Seventh Claim for Relief**

203.   A2i reincorporates by reference its responses to Paragraphs 1 through 116, 118, and 127 through 134 as if fully set forth herein.

204.   No response is required to Paragraph 204.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 204.

205.   Paragraph 205 contains legal conclusions regarding Louisiana state statutes to which no response is required.  A2i states that the statutes are the best evidence of their content. To the extent a response is required, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 205, and for that reason denies them.

206.   A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 206, and for that reason denies them.

207.   A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 207, and for that reason denies them.

208.   A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 208, and for that reason denies them.

209.   A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 209, and for that reason denies them.  A2i denies the allegations directed to it contained in Paragraph 209.

210.   A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 210, and for that reason denies them.

**Eighth Claim for Relief**

211. A2i reincorporates by reference its responses to Paragraphs 1 through 116, 124, and 127 through 134 as if fully set forth herein.

212. No response is required to Paragraph 212.  To the extent a response is required, the A2i defendants deny the allegations in Paragraph 212.

213. Paragraph 213 contains legal conclusions regarding Louisiana state statutes to which no response is required.  A2i states that the statutes are the best evidence of their content. To the extent a response is required, A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 213, and for that reason denies them.

214. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 214, and for that reason denies them.  Any allegations against A2i in this paragraph are denied.

215. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 215, and for that reason denies them.

216. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 216, and for that reason denies them.

217. A2i states it has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 217, and for that reason denies them.

**Any allegations contained in the Third Amended Complaint that are not specifically answered above are by this reference expressly denied, and strict proof thereof is demanded.**

**AFFIRMATIVE DEFENSES**

1. Plaintiffs have failed to state a claim upon which relief can be granted.

2.  The Plaintiffs' claims, or some of them, are barred by the applicable statute of limitations.

3.  Any damages alleged by Plaintiffs were caused or contributed to by Plaintiffs' and/or other third parties' actions, choices, fault, or want of due care and any recovery against the A2i defendants should therefore be precluded.

4.  Any damages alleged by Plaintiffs were caused or contributed to by the actions, fault, criminal acts, negligence or want of due care, or breach of contract (express or implied) of other persons, businesses, entities or corporations for whom the A2i defendants are not legally responsible, and therefore no recovery against the A2i defendants should be permitted.

5.  In the alternative, if it is found that damages complained of were caused or contributed to by the fault of the A2i defendants, which is specifically denied, the A2i defendants plead the comparative fault of Plaintiffs and/or other persons, businesses, entities, or corporations for whom the A2i defendants are not legally responsible, and the A2i defendants are entitled to have any reward or recovery due Plaintiffs mitigated or reduced accordingly.

6.  Plaintiffs have failed to mitigate any and all damages they claim are due and as a result any recovery must be reduced or limited accordingly.

7.  Plaintiffs are not entitled to recover punitive damages or attorneys' fees.

8.  The A2i defendants assert they have not violated either state or federal law.

9.  The A2i defendants assert any and all affirmative defenses available to them as a result of any alleged criminal or illegal actions by any individual who acted outside the course and scope of their employment with A2i or outside their duty as an agent for A2i, which employment or agency relationship is specifically denied, regardless of their purported

relationship to A2i at the time of the alleged criminal or illegal act.

**WHERFORE**, the A2i defendants pray that this answer be deemed good and sufficient and that after due proceedings are had, there be judgment in their favor, dismissing all claims asserted by Plaintiffs, with prejudice, at Plaintiffs' cost and for any and all other just and equitable relief.

Respectfully submitted,

/s/ Gary W. Bizal

**GARY W. BIZAL** (#1255)
4907 Magazine St.
New Orleans, LA 70115
P: 504.525-1328
F: 504.525-1353
gary@garybizal.com

/s/ Stephen J. Haedicke

**STEPHEN J. HAEDICKE** (LA No. 30537)
Law Office of Stephen J. Haedicke, LLC
1040 Saint Ferdinand St.
New Orleans, LA  70117
(504)291-6990 Telephone
(504)291-6998 Fax
Stephen@haedickelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ Gary Bizal