**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RONALD EGANA, SAMANTHA EGAN, and TIFFANY BROWN, on behalf of themselves and those similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BLAIR'S BAIL BONDS, INC., NEW ORLEANS BAIL BONDS, L.L.C., BANKERS INSURANCE COMPANY, INC., BANKERS SURETY SERVICES, INC., BANKERS UNDERWRITERS INC., A2i, L.L.C., ALTERNATIVE TO INCARCERATION, INC., and ALTERNATIVE TO INCARCERATION NOLA, INC.<br><br>     Defendants, | CASE NO. 2:17-CV-5899-JTM-DEK<br><br>SECTION<br><br>JUDGE MILAZZO<br><br>MAGISTRATE KNOWLES |

**BLAIR'S BAIL BONDS, INC. AND NEW ORLEANS BAIL BONDS, LLC'S
ANSWER AND DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Blair's Bail Bonds, Inc. ("Blair's") and New Orleans Bail Bonds, LLC ("New Orleans Bail Bonds"), who for its Answer and Affirmative Defenses in response to Plaintiffs' Third Amended Complaint in this matter, respectfully aver the following:

1.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 1 of Plaintiffs' Third Amended Complaint.  Plaintiffs' unfounded allegations of abusive and exploitive actions are contrary to the facts and law.

1

2.

Blair's admits that it served as bonding agents on a bond issued on Mr. Egana's behalf on or about May or June 2016, but Blair's and New Orleans Bail Bonds deny all of the remaining allegations of Paragraph 2 of Plaintiffs' Third Amended Complaint.  Blair's charges to Mr. Egana (and his indemnitors) were all in accordance with Louisiana law.

3.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 3 of Plaintiffs' Third Amended Complaint.  Plaintiffs have no claims or causes of action against the Blair's and New Orleans Bail Bonds under the Truth-in-Lending Act, Regulation Z, the Louisiana Racketeering Act, the Federal Racketeer Influenced and Corrupt Organizations Act, or state laws such as false imprisonment, conversion, or contract laws.

4.

Blair's and New Orleans Bail Bonds admit this court has jurisdiction over the parties but otherwise denies the allegations in Paragraph 4 of Plaintiffs' Third Amended Complaint.

5.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 5 of Plaintiffs' Third Amended Complaint.

6.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 6 of Plaintiffs' Third Amended Complaint.

7.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 7 of Plaintiffs' Third Amended Complaint for lack of information.

3355982-1

8.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 8 of Plaintiffs' Third Amended Complaint for lack of information.

9.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 9 of the Third Amended Complaint for lack of information.

10.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 10 of Plaintiffs' Third Amended Complaint.

11.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 11 of Plaintiffs' Third Amended Complaint.

12.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 12 of Plaintiffs' Third Amended Complaint for lack of information.

13.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 13 of Plaintiffs' Third Amended Complaint for lack of information.

14.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 14 of Plaintiffs' Third Amended Complaint for lack of information.

15.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 15 of the Third Amended Complaint for lack of information.

16.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 16 of Plaintiffs' Third Amended Complaint for lack of information.

17.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 17 of Plaintiffs' Third Amended Complaint for lack of information.

18.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 18 of Plaintiffs' Third Amended Complaint for lack of information.

19.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 19 of Plaintiffs' Third Amended Complaint for lack of information.

20.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 20 of Plaintiffs' Third Amended Complaint for lack of information.

21.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 21 of Plaintiffs' Third Amended Complaint.

3355982-1

22.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 22 of Plaintiffs' Third Amended Complaint for lack of information.

23.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 23 of Plaintiffs' Third Amended Complaint for lack of information.

24.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 24 of Plaintiffs' Third Amended Complaint for lack of information and specifically deny that the rate in Orleans is 12%.

25.

Blair's and New Orleans Bail Bonds agree that Louisiana law specifies the bond premium but deny the remaining allegations of Paragraph 25 of Plaintiffs' Third Amended Complaint.

26.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 26 of Plaintiffs' Third Amended Complaint.

27.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 27 of Plaintiffs' Third Amended Complaint for lack of information.

28.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 28 of Plaintiffs' Third Amended Complaint.

29.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 29 of Plaintiffs' Third Amended Complaint.

30.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 30 of Plaintiffs' Third Amended Complaint, except they admit that their domicile address is the same as the Louisiana Secretary of State's records.

31.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 31 of Plaintiffs' Third Amended Complaint.

32.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 32 of Plaintiffs' Third Amended Complaint.

33.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 33 of Plaintiffs' Third Amended Complaint, except to admit that Blair's has entered into certain agreements with certain Bankers-related entities, the terms of which are included in those written agreements.

34.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 34 of Plaintiffs' Third Amended Complaint for lack of information, except to admit that Blair's has entered into certain agreements with certain Bankers-related entities, the terms of which are included in those written agreements.

3355982-1

35.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 35 of Plaintiffs' Third Amended Complaint.

36.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 36 of Plaintiffs' Third Amended Complaint.  Blair's and New Orleans Bail Bonds have charged fees and bond premiums as specified by Louisiana law.

37.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 37 of Plaintiffs' Third Amended Complaint.

38.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 38 of Plaintiffs' Third Amended Complaint for lack of information.

39.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 39 of Plaintiffs' Third Amended Complaint.  Blair's and New Orleans Bail Bonds specifically deny that any "credit," as contemplated by the Truth-in-Lending Act, is extended on any bail bonds transaction or that it ever levies finance charges.

40.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 40 of Plaintiffs' Third Amended Complaint.  The terms of any written agreement are included within those writings.

41.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 41 of Plaintiffs' Third Amended Complaint for lack of information.

42.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 42 of Plaintiffs' Third Amended Complaint.

43.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 43 of Plaintiffs' Third Amended Complaint.

44.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 44 of Plaintiffs' Third Amended Complaint for lack of information.

45.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 45 of Plaintiffs' Third Amended Complaint.

46.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 46 of the Third Amended Complaint for lack of information.

47.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 47 Plaintiffs' Third Amended Complaint.

48.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 48 of Plaintiffs' Third Amended Complaint for lack of information.

49.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 49 of Plaintiffs' Third Amended Complaint for lack of information.

50.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 50 of the Third Amended Complaint for lack of information.

51.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 51 of Plaintiffs' Third Amended Complaint for lack of information.

52.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 52 of Plaintiffs' Third Amended Complaint.

53.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 53 of Plaintiffs' Third Amended Complaint.

54.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 54 of Plaintiffs' Third Amended Complaint.

55.

Blair's and New Orleans Bail Bonds admit that a bail bond was issued on behalf of Mr. Egana as specified in the application and bonding documents but otherwise deny the allegations of Paragraph 55 of Plaintiffs' Third Amended Complaint.

56.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 56 of Plaintiffs' Third Amended Complaint for lack of information.

57.

Blair's and New Orleans Bail Bonds admit a bail bond was issued on behalf of Mr. Egana as specified in the application and bonding documents but otherwise deny the allegations of Paragraph 57 of Plaintiffs' Third Amended Complaint.

58.

Blair's and New Orleans Bail Bonds admit a bail bond was issued on behalf of Mr. Egana as specified in the application and bonding documents but otherwise deny the allegations of Paragraph 58 of Plaintiffs' Third Amended Complaint.

59.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 59 of Plaintiffs' Third Amended Complaint in part.  Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana as specified in the application and bonding documents.  All other allegations of Paragraph 59 are expressly denied.

3355982-1

60.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 60 of Plaintiffs' Third Amended Complaint.

61.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 61 of Plaintiffs' Third Amended Complaint, except that Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana, the premium on which was set in compliance with the law.

62.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 62 of Plaintiffs' Third Amended Complaint, except that Blair's and New Orleans Bail Bonds admit that the posting of real property as collateral was offered.

63.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 63 of Plaintiffs' Third Amended Complaint for lack of information, except that Blair's and New Orleans Bail Bonds admit that a bond was issued for Mr. Egana securing his release from jail at some point.

64.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 64 of Plaintiffs' Third Amended Complaint.  All fees were disclosed to Indemnitors and Mr. Egana. Additionally, Mr. Egana was never told that he was "required" to wear an ankle monitor.  He was given the option of attempting to obtain a bond somewhere else, posting collateral, or utilizing an ankle monitor service.  Mr. Egana and the Indemnitors chose the ankle monitor.

65.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 65 of Plaintiffs' Third Amended Complaint.

66.

Blair's and New Orleans Bail Bonds admit the allegations of Paragraph 66 of Plaintiffs' Third Amended Complaint.

67.

In response to Paragraph 67 of Plaintiffs' Third Amended Complaint, Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana, as specified in the application and bonding documents, which speak for themselves.

68.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 68 of Plaintiffs' Third Amended Complaint, except that Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana, as specified in the application and bonding documents, which speak for themselves.

69.

In response to Paragraph 69 of Plaintiffs' Third Amended Complaint, Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana, as specified in the application and related bonding documents.

70.

In response to Paragraph 70 of Plaintiffs' Third Amended Complaint, Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana, as specified in the application and related bonding documents and that a payment arrangement was

agreed to, but they deny that they extended "credit" as contemplated by the Truth-in-Lending Act.

71.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 71 of Plaintiffs' Third Amended Complaint.

72.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 72 of Plaintiffs' Third Amended Complaint, except to admit that one or more of the Plaintiffs were given a copy of Mr. Egana's May/June 2016 bond application and related documents upon their request.

73.

In response to Paragraph 73 of Plaintiffs' Third Amended Complaint, Blair's and New Orleans Bail Bonds admit that at some point a bail bond was issued on behalf of Mr. Egana as specified in the application and bonding documents.

74.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 74 of Plaintiffs' Third Amended Complaint for lack of information, except they admit that Mr. Egana previously entered into bond agreements with Blair's at some point.

75.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 75 of Plaintiffs' Third Amended Complaint.

76.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 76 of Plaintiffs' Third Amended Complaint for lack of information.

3355982-1

77.

Blair's and New Orleans Bail Bonds admit that Mr. Egana was arrested by MIO Recovery agents on or about September 27, 2016 because he was a wanted fugitive, after he failed to appear in St. Bernard Parish court on September 21, 2016 and after his bond was forfeited and an attachment was issued.  At that time of arrest, Mr. Egana pleaded with the recovery agents to bring him to Blair's office instead of directly to jail where he would be surrendered.  The recovery agents agreed, and Mr. Egana was brought to Blair's office where he subsequently agreed to promptly obtain a new court date in St. Bernard Parish, which he did not do.  Neither Mr. Egana nor his family was ever threatened with jail if they did not pay any bond premium amounts.  Blair's and New Orleans Bail Bonds deny the remaining allegations of Paragraph 77 of Plaintiffs' Third Amended Complaint.

78.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 71 of Plaintiffs' Third Amended Complaint for lack of information.

79.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 79 of Plaintiffs' Third Amended Complaint for lack of information.

80.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 80 of Plaintiffs' Third Amended Complaint.  Ankle monitoring payments were payments that were separate and apart from the bond premium and related costs.  All ankle monitoring payments inured entirely to the benefit of A2i or separate MIO Recovery agents.

14

81.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 81 of Plaintiffs' Third Amended Complaint other than to admit that Mr. Egana was arrested on December 26, 2016 as a wanted fugitive.  Additionally, Mr. Egana's fiancé, Tiffany Brown, had previously called and reported that Mr. Egana was on heroin, had lost his job, and was going to kill himself. Blair's and New Orleans Bail Bonds specifically deny that any requests were made for money from Mr. Egana or his mother, Samantha Egana, at that time.

82.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 82 of Plaintiffs' Third Amended Complaint other than to admit that Mr. Egana was brought to Blair's office.

83.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 83 of Plaintiffs' Third Amended Complaint.  At the time of the December 26, 2016 arrest, the recovery agent was aware that Mr. Egana had also failed to appear in Orleans Parish court on unrelated charges and that he was a wanted fugitive in both Orleans and St. Bernard Parishes.  The MIO Recovery agent contacted the bonding company on the Orleans case.  Thereafter, a recovery agent for the other bonding company came to Blair's office and took Mr. Egana directly to Orleans Parish jail for his failure to appear in that court.

84.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 84 of Plaintiffs' Third Amended Complaint for lack of information.

85.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 85 of Plaintiffs' Third Amended Complaint for lack of information other than to admit St. Bernard Parish did not come pick Mr. Egana up and he was released from Orleans Parish jail.

86.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 86 of Plaintiffs' Third Amended Complaint, except that Blair's and New Orleans Bail Bonds admit that a MIO Recovery agent arrested Mr. Egana on or about March 31, 2017 as a wanted fugitive, and for again failing to obtain a new court date in St. Bernard Parish, and brought him to Blair's office.

87.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 87 of Plaintiffs' Third Amended Complaint.

88.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 88 of Plaintiffs' Third Amended Complaint, except to admit that an ankle monitor was placed on Mr. Egana, with his consent.  At that time, Mr. Egana still had not secured a court date in St. Bernard Parish.  Mr. Egana again requested that he not be brought to jail and agreed to wear the ankle monitor as an alternative to him being brought to jail and surrendered to St. Bernard Parish.

89.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 89 of Plaintiffs' Third Amended Complaint, and refer to the documents referenced as evidence of their contents.

90.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 90 of Plaintiffs' Third Amended Complaint for lack of information.

91.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 91 of Plaintiffs' Third Amended Complaint.

92.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 92 of Plaintiffs' Third Amended Complaint for lack of information.

93.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 93 of Plaintiffs' Third Amended Complaint.

94.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 94 of Plaintiffs' Third Amended Complaint for lack of information.

95.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 95 of Plaintiffs' Third Amended Complaint.

96.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 96 of Plaintiffs' Third Amended Complaint and assert that any secretly recorded conversations were improperly obtained and are inadmissible.

97.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 97 of Plaintiffs' Third Amended Complaint and assert that any secretly recorded conversations were improperly obtained and are inadmissible.

98.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 98 of Plaintiffs' Third Amended Complaint for lack of information.

99.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 99 of Plaintiffs' Third Amended Complaint, except to admit that on May 23, 2017, Mr. Egana was arrested by MIO recovery agents.

100.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 100 of Plaintiffs' Third Amended Complaint for lack of information and assert that any secretly recorded conversations were improperly obtained and are inadmissible.

101.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 101 of Plaintiffs' Third Amended Complaint.

102.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 102 of Plaintiffs' Third Amended Complaint, except to admit that Mr. Egana was a wanted fugitive between at least September 21, 2016 and May 2, 2017.

3355982-1

103.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 103 of Plaintiffs' Third Amended Complaint for lack of information.

104.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 104 of Plaintiffs' Third Amended Complaint for lack of information.

105.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 105 of Plaintiffs' Third Amended Complaint.

106.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 106 of Plaintiffs' Third Amended Complaint and deny that credit was extended as contemplated by the Truth-in-Lending Act.

107.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 107 of Plaintiffs' Third Amended Complaint and deny that credit was extended as contemplated by the Truth-in-Lending Act.

108.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 108 of Plaintiffs' Third Amended Complaint.

109.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 109 of Plaintiffs' Third Amended Complaint.

110.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 110 of Plaintiffs' Third Amended Complaint.

111.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 111 of Plaintiffs' Third Amended Complaint.

112.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 112 of Plaintiffs' Third Amended Complaint for lack of information.

113.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 113 of Plaintiffs' Third Amended Complaint.

114.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 114 of Plaintiffs' Third Amended Complaint for lack of information.

115.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 115 Plaintiffs' Third Amended Complaint.

116.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 116 of Plaintiffs' Third Amended Complaint.

3355982-1

117.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 117 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

118.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 118 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

119.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 119 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

120.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 120 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

121.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 121 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

122.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 122 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

123.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 123 of Plaintiffs' Third Amended Complaint. None of Plaintiffs' claims in this case are proper for class certification.

124.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 124 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

125.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 125 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

126.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 126 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

127.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 127 of the Third Amended Complaint for lack of information.

128.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 128 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

129.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 129 and all subparts of Plaintiffs' Third Amended Complaint.  None of Plaintiffs' claims in this case are proper for class certification.

130.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 130 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

131.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 131 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

132.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 132 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

3355982-1

133.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 133 of Plaintiffs' Third Amended Complaint.   None of Plaintiffs' claims in this case are proper for class certification.

134.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 134 of Plaintiffs' Third Amended Complaint for lack of information.

135.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 135 of Plaintiffs' Third Amended Complaint for lack of information.

136.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 136 of Plaintiffs' Third Amended Complaint.

137.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 137 of Plaintiffs' Third Amended Complaint.

138.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 138 of Plaintiffs' Third Amended Complaint.

139.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 139 of Plaintiffs' Third Amended Complaint.

140.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 140 of Plaintiffs' Third Amended Complaint.

141.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 141 of Plaintiffs' Third Amended Complaint.

142.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 142 of Plaintiffs' Third Amended Complaint for lack of information.

143.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 143 of Plaintiffs' Third Amended Complaint, including the reference to "regularly" communicating for lack of information.

144.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 144 of Plaintiffs' Third Amended Complaint.

145.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 145 of Plaintiffs' Third Amended Complaint.

146.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 146 of Plaintiffs' Third Amended Complaint.

147.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 147 of Plaintiffs' Third Amended Complaint.

148.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 148 of Plaintiffs' Third Amended Complaint.

149.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 149 of Plaintiffs' Third Amended Complaint.

150.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 150 of Plaintiffs' Third Amended Complaint.

151.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 151 of Plaintiffs' Third Amended Complaint, including all of its subparts.

152.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 152 of Plaintiffs' Third Amended Complaint.

153.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 153 of Plaintiffs' Third Amended Complaint.

3355982-1

154.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 154 of Plaintiffs' Third Amended Complaint.

155.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 155 of Plaintiffs' Third Amended Complaint.

156.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 156 of Plaintiffs' Third Amended Complaint.

157.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 157 of Plaintiffs' Third Amended Complaint.

158.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 158 of Plaintiffs' Third Amended Complaint.

159.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 159 of Plaintiffs' Third Amended Complaint.

160.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 160 of Plaintiffs' Third Amended Complaint.

161.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 161 of Plaintiffs' Third Amended Complaint.

162.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 162 of Plaintiffs' Third Amended Complaint.

163.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 163 of Plaintiffs' Third Amended Complaint.

164.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 164 of Plaintiffs' Third Amended Complaint.

165.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 165 of Plaintiffs' Third Amended Complaint.

166.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 166 of Plaintiffs' Third Amended Complaint, including its subparts.

167.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 167 of Plaintiffs' Third Amended Complaint.

168.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 168 of Plaintiffs' Third Amended Complaint.

169.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 169 of Plaintiffs' Third Amended Complaint.

170.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 170 of Plaintiffs' Third Amended Complaint.

171.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 171 of Plaintiffs' Third Amended Complaint.

172.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 172 of Plaintiffs' Third Amended Complaint.

173.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 173 of Plaintiffs' Third Amended Complaint.

174.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 174 of Plaintiffs' Third Amended Complaint.

175.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 175 of Plaintiffs' Third Amended Complaint.

176.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 176 of Plaintiffs' Third Amended Complaint.

177.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 177 of Plaintiffs' Third Amended Complaint.

178.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 178 of Plaintiffs' Third Amended Complaint.

179.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 179 of Plaintiffs' Third Amended Complaint.

180.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 180 of Plaintiffs' Third Amended Complaint.

181.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 181 of Plaintiffs' Third Amended Complaint.

182.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 182 of Plaintiffs' Third Amended Complaint, including its subparts.

183.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 183 of Plaintiffs' Third Amended Complaint.

184.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 184 of Plaintiffs' Third Amended Complaint.

185.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 185 of Plaintiffs' Third Amended Complaint.

186.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 186 of Plaintiffs' Third Amended Complaint.

187.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 187 of Plaintiffs' Third Amended Complaint.

188.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 188 of Plaintiffs' Third Amended Complaint.

189.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 189 of Plaintiffs' Third Amended Complaint.

190.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 190 of Plaintiffs' Third Amended Complaint.

191.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 191 of Plaintiffs' Third Amended Complaint.

192.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 192 of Plaintiffs' Third Amended Complaint.

193.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 193 of Plaintiffs' Third Amended Complaint.

194.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 194 of Plaintiffs' Third Amended Complaint.

195.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 195 of Plaintiffs' Third Amended Complaint.

196.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 196 of Plaintiffs' Third Amended Complaint.

197.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 197 of Plaintiffs' Third Amended Complaint, except to admit that Louisiana law does specify the bond premium fee.

198.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 198 of Plaintiffs' Third Amended Complaint.

199.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 199 of the Third Amended Complaint.

200.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 200 of Plaintiffs' Third Amended Complaint for lack of information.

201.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 201 of Plaintiffs' Third Amended Complaint.

202.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 202 of Plaintiffs' Third Amended Complaint.

203.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 203 of Plaintiffs' Third Amended Complaint.

204.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 204 of Plaintiffs' Third Amended Complaint.

205.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 205 of Plaintiffs' Third Amended Complaint.

206.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 206 of Plaintiffs' Third Amended Complaint, and refer to the documents referenced as evidence of their contents.

207.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 207 of Plaintiffs' Third Amended Complaint, and refer to the documents referenced as evidence of their contents.

208.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 208 of Plaintiffs' Third Amended Complaint, and refer to the documents referenced as evidence of their contents.

209.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 209 of Plaintiffs' Third Amended Complaint.

210.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 210 of Plaintiffs'
Third Amended Complaint.

211.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 211 of Plaintiffs'
Third Amended Complaint.

212.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 212 of Plaintiffs'
Third Amended Complaint.

213.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 213 of Plaintiffs'
Third Amended Complaint, as providing for a legal conclusion.

214.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 214 of Plaintiffs'
Third Amended Complaint.

215.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 215 of Plaintiffs'
Third Amended Complaint.

216.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 216 of Plaintiffs'
Third Amended Complaint.

217.

Blair's and New Orleans Bail Bonds deny the allegations of Paragraph 217 of Plaintiffs' Third Amended Complaint.

218.

Blair's and New Orleans Bail Bonds specifically deny all allegations in Plaintiffs' Third Amended Complaint that they have not specifically admitted and deny any unnumbered Paragraphs, as well as Plaintiffs' prayer for relief.

## AFFIRMATIVE DEFENSES

Blair's and New Orleans Bail Bonds reserve the right to rely on any of the following or any additional defenses to each claim asserted by Plaintiffs to the extent that such defenses are supported by information developed through discovery or by evidence at trial.

### FIRST DEFENSE

Plaintiffs' claims are barred in whole or in part by applicable statute of limitations and/or prescriptive periods.

### SECOND DEFENSE

Plaintiffs do not have Truth-in-Lending Act claims against the defendants.  No credit was ever issued to Plaintiffs and no interest or finance charges were ever levied.

### THIRD DEFENSE

Plaintiff's claims are barred in whole or in part by the doctrines of recoupment or set-off, as the Plaintiffs contractually owe unpaid amounts to Blair's regarding the transactions referred to in Plaintiffs' Complaint.

<u>FOURTH DEFENSE</u>

Plaintiffs' claims are barred in whole or part by waiver or release, as Mr. Egana agreed to wear an ankle monitor and pay any fees levied by third parties relative to the monitor.

<u>FIFTH DEFENSE</u>

Plaintiffs' claims against Blair's and New Orleans Bail Bonds, if any, were caused by the acts or omissions of third parties that neither Blair's nor New Orleans Bail Bonds controlled or are responsible for.

<u>SIXTH DEFENSE</u>

Blair's and New Orleans Bail Bonds complied with all requirements of Louisiana law in their dealing with Plaintiffs.

<u>SEVENTH DEFENSE</u>

Plaintiffs' claims are barred, in whole or in part, by the McCarran-Ferguson Act.

<u>EIGHTH DEFENSE</u>

Plaintiffs' Truth-in-Lending Act claim is preempted by state law under the McCarran-Ferguson Act.  Furthermore, to the extent that the Truth-in-Lending Act applies, which is denied, any potential violations were not intentional and defendants acted in good faith.

Blair's and New Orleans Bail Bonds reserve the right to amend this Answer as discovery and the case progresses.

Blair's and New Orleans Bail Bonds request a trial by jury.

**WHEREFORE**, Defendants, Blair's Bail Bonds, Inc. and New Orleans Bail Bonds, LLC pray that this Amended Answer be deemed good and sufficient, and that after due proceedings are had, that there be judgment herein in favor of Defendants and against Plaintiffs, dismissing

3355982-1

all claims against Defendants, with prejudice, together with any costs, fees and attorneys' fees, plus any such other and further relief as equity and justice may require and permit.

Respectfully submitted,

CHAFFE McCALL, L.L.P.


By:   */s/ Walter F. Becker, Jr.*
        WALTER F. BECKER, JR. #01685
        CHARLES P. BLANCHARD #18798
        NICOLE C. KATZ #35857
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone: 504-585-7000
*Attorneys for Blair's Bail Bonds, Inc.*
*and New Orleans Bail Bonds, LLC*


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system this 25th day of March, 2019.


*/s/ Walter F. Becker, Jr.*

3355982-1