UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD EGANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5899-WBV-DMD** |
| **BLAIR'S BAIL BONDS, INC., ET AL.** | **SECTION "D" (3)** |

### ORDER OF DISMISSAL

The Court having been advised by the Magistrate Judge that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims (R. Doc. 396);

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, January 23, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**