

Fighting Hate
Teaching Tolerance
Seeking Justice

Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
334.956.8200
www.splcenter.org

February 11, 2020

Dr. John Strong
Chairman and Chief Executive Officer
Bankers Financial Corporation
11101 Roosevelt Boulevard N.
St. Petersburg, Florida 33716

   Re: *Egana et al. v. Blair's / Bankers*

Dear Dr. Strong:

   On behalf of the Southern Poverty Law Center (the "SPLC"), I would like to personally express my gratitude that the final claim against Bankers Insurance Company, Inc. and Bankers Surety Services, Inc. ("Bankers") is resolved. When the above-described lawsuit was first filed, there were many allegations made against Bankers. The SPLC also published many of these allegations on its webpage for the general public to observe. We now recognize that these allegations were not supported by the evidence obtained through discovery. This is especially so with regard to the claims for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), kidnapping, extortion, usury, and false imprisonment. I apologize for any expense and collateral reputational damage that Bankers may have suffered.

                        Sincerely,

                        *[signature]*

                        Samuel Brooke
                        Deputy Legal Director

**Exhibit "A"**