UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD EGANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5899** |
| **BLAIR'S BAIL BONDS, ET AL.** | **SECTION D (3)** |

### ORDER

The parties jointly move for an order dismissing this matter with prejudice, as the parties have reached an agreement to resolve the issues in this matter (R. Doc. 425).

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.  **IT IS FURTHER ORDERED** that all claims against Blair's are **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.  The Court specifically notes that it retains jurisdiction to consider Defendant's Motion for Sanctions (R. Doc. 410).

New Orleans, Louisiana, October 19, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**