UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD EGANA, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-5899** |
| **BLAIR'S BAIL BONDS, ET AL.** | **SECTION D (3)** |

### ORDER

Plaintiffs and Defendants A2i, L.L.C., Alternative to Incarceration, Inc., and Alternative to Incarceration NOLA, Inc., jointly move for an order dismissing this matter with prejudice, as the parties have reached an agreement to resolve the issues in this matter (R. Doc. 429).

**IT IS HEREBY ORDERED** the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that all claims against Defendants A2i, L.L.C., Alternative to Incarceration, Inc., and Alternative to Incarceration NOLA, Inc., are **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

New Orleans, Louisiana, November 24, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**